■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK ACCOVE, Appellant. [696 NYS2d 402] —Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on or about April 28, 1997, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him, as a second violent felony offender, to a term of 7½ to 15 years, unanimously affirmed.

Defendant's ineffective assistance of counsel claim would require a CPL 440.10 motion in order to develop the record as to matters of strategy and the availability of a potential medical expert witness. On the existing record, we find that defendant received meaningful representation (*see, People v Ben-*

*evento,* 91 NY2d 708; *People v Hall,* 168 AD2d 310, 311, *lv denied* 77 NY2d 906).

We have considered and rejected defendant's remaining claims. Concur—Rubin, J. P., Andrias, Saxe, Buckley and Friedman, JJ.